858 A.2d 1162

**Charles M. WATKINS, Appellant**

v.

**ASSOCIATION OF PENNSYLVANIA STATE COLLEGE AND UNIVERSITY FACULTIES, and the State System of Higher Education, Appellees.**

Supreme Court of Pennsylvania.

Sept. 22, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of September, 2004, the Order of the Commonwealth Court is hereby **AFFIRMED.**